■ In the Matter of RONNIE P., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; YVONNE P., Appellant. (Appeal No. 1.) [879 NYS2d 750]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered September 24, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: These consolidated appeals arise from a proceeding in which petitioner sought to terminate the parental rights of respondent mother with respect to her son and daughter. Although the mother filed notices of appeal with respect to the orders at issue in appeal Nos. 1 and 2 terminating her parental rights, she has failed to address any issues concerning those orders in her brief on appeal and thus any such issues are deemed abandoned (*see Ciesinski v Town of Aurora*, 202 AD2d 984 [1994]). In appeal No. 3, the mother appeals, as limited by her brief, from that part of the order denying her request for post-termination visitation with her son. The appeal from the order in appeal No. 3 is moot, however, because the mother's son attained the age of 18 years during the pendency of the appeal (*see Matter of Dawn M.L. v Gary A.M.*, 31 AD3d 1222 [2006]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ In the Matter of EMILY W., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; YVONNE P., Appellant. (Appeal No. 2.) [879 NYS2d 751]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered September 24, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Ronnie P.* ([appeal No. 1] 63 AD3d 1527 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.